# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH R. LOW,<br><br>　　　　　Defendant. | 4:24-po-05010-JTJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Initial Appearance is RESET for April 25, 2024 at 9:00 a.m. at the Missouri River Federal Courthouse in Great Falls, Montana.

DATED this 22nd day of February, 2024

_____
John Johnston
United States Magistrate Judge